```
                                    FILED
                        CLERK, U.S. DISTRICT COURT

                            JAN 2 8 2009

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                    DEPUTY
```

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 X
JS-2/JS-3 ____
Scan Only ____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA L. SCHULTZ, an individual, | Case No. CV 08-07449 CAS (JCx) |
| Plaintiff, | Assigned to Hon Christina A. Snyder |
| vs. | [PROPOSED] ORDER TO REGARDING STIPULATION TO DISMISS CASE WITH PREJUDICE |
| WACHOVIA, a Corporation | |
| Defendant. | |

### [PROPOSED] ORDER

The Court having considered the above stipulation, and good cause appearing therefore,

**IT IS SO ORDERED** that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs and attorney's fees.

DATED: 1/28/09

_Christina A. Snyder_
HON. CHRISTINA A. SNYDER
United States District Court Judge

LA1 6767292.1